# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00760-CR

**James Arthur Brown, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-13-300630, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant James Arthur Brown filed his notice of appeal on November 13, 2013. Appellant's brief on appeal was originally due on April 30, 2014. On counsel's motions, the deadline for filing was extended to October 28, 2014. Appellant's counsel has now filed a fourth motion requesting that the Court extend the time for filing appellant's brief for an additional 60 days. We grant the motion for extension of time and order appellant to file a brief no later than December 29, 2014. No further extension of time will be granted. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 31st day of October, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish